

# IN THE
# TENTH COURT OF APPEALS

## No. 10-23-00161-CR

## IN RE NAJEE RASHAD HARRINGTON

### Original Proceeding

### From the 249th District Court
### Johnson County, Texas
### Trial Court No. DC-F202200057

## MEMORANDUM OPINION

Najee Rashad Harrington's Writ of Mandamus, filed on May 31, 2023, is denied.

Harrington's motion for leave to file the petition for writ of mandamus, also filed on

May 31, 2023, is dismissed as moot.[1]

TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Johnson, and
    Justice Smith
Petition denied; motion dismissed as moot
Opinion delivered and filed June 7, 2023
Do not publish
[OT06]



---

[1] *See* TEX. R. APP. P. 52, Notes and Comments ("The requirement of a motion for leave in original proceedings [in the court of appeals] is repealed.").